NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSTON SCIENTIFIC SCIMED, INC.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2018-2004

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00060.

---

**O R D E R**

---

Before WALLACH, TARANTO, and CHEN, *Circuit Judges.*

PER CURIAM.

Before the court is the parties' May 1, 2020, joint response to the Order to Show Cause. The parties have agreed there is no need for redactions. Accordingly,

2                                    BOSTON SCIENTIFIC SCIMED, INC. v. IANCU

IT IS ORDERED THAT:

The opinion issued under seal on April 27, 2020 is hereby unsealed.

FOR THE COURT

May 6, 2020                    /s/ Peter R. Marksteiner
    Date                      Peter R. Marksteiner
                              Clerk of Court